IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JULIUS REEVES, a/k/a Jah' Gambia Omara al-Shakur, ) ) ) | |
| Plaintiff, ) ) | |
| vs.                                                  ) ) | CIVIL ACTION NO. 15-0482-CG-N |
| WALTER MYERS, et al.,                ) ) | |
| Defendants.                            ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED** and **DECREED** that this action is hereby **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) because plaintiff's action is malicious. It is further **ORDERED** that this action is counted as a strike for the purpose of 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 15th day of June, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE